JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ARMANDO PEREZ III,
Petitioner,
v.
WEST VALLEY DETENTION CENTER,
Respondent.

Case No. 5:25-cv-02770-VBF-MBK

JUDGMENT

IT IS ADJUDGED that this case is dismissed without prejudice.

Date: October 1, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE